**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**JOE FRED BAILEY, III**                                                               **PLAINTIFF**

**v.**                                                                      **No. 2:11CV109-P-S**

**COAHOMA COUNTY JAIL, ET AL., ET AL.**                            **DEFENDANTS**

**ORDER ADOPTING**
**REPORT AND RECOMMENDATION**

Upon consideration of the file and records in this action, the court finds that the Report

and Recommendation of the United States Magistrate Judge dated August 26, 2011, was on that

date duly served by mail upon the *pro se* plaintiff at his last known address; that more than

fourteen days have elapsed since service of the Report and Recommendation; and that no

objection to the Report and Recommendation has been filed or served by any party.  The court is

of the opinion that the magistrate judge's Report and Recommendation should be approved and

adopted as the opinion of the court.  It is, therefore **ORDERED**:

1.      That the Report and Recommendation of the United States Magistrate Judge dated

August 26, 2011, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2.      That the instant case is hereby **DISMISSED** with prejudice for failure to state a

claim upon which relief could be granted, counting as a "strike" under  28 U.S.C. §§ 1915

(e)(2)(B)(i) and 1915(g).

3.      That this case is **CLOSED**.

THIS, the 12th day of December, 2011.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE